**No. 43826.**—Protests 11806–K, etc., of Damascus Trading Co. (New York).

Opinion by EVANS, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) The green olives in question at 20 cents per gallon under paragraph 744 as claimed, *Skourtsis* v. *United States* (T. D. 48218) followed; (2) mint leaves, peppermint leaves, and similar mer-

chandise free of duty under paragraph 1722, *United States* v. *Penick* (24 C. C. P. A. 436, T. D. 48901) and Abstract 36381 followed; and (3) apricot paste or pulp at 35 percent under paragraph 735, *United States* v. *Sahadi* (23 C. C. P. A. 293, T. D. 48165) followed.